UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GAMMAL-LEVY, LLC, a New Jersey
Limited Liability Company,

    Plaintiff,

vs.                                    CASE NO. 5:09cv334/RS-MD

COASTAL COMMUNITY BANK;
AMOS GOAZ; MICHAEL MALKA;
and YAIR ALON,

    Defendant.
_____/

## ORDER

The relief requested by the Joint Motion To Extend Deadline To Complete Discovery (Doc. 88) is **granted**.

**ORDERED** on June 11, 2010.

                          /S/ Richard Smoak
                          **RICHARD SMOAK**
                          **UNITED STATES DISTRICT JUDGE**