IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GAMMAL-LEVY, LLC,

    Plaintiff,

vs.                               CASE NO. 5:09-cv-334/RS/MD

COASTAL COMMUNITY BANK, et al.,

    Defendants.
_____/

## ORDER

Before me is the Joint Stipulation to Dismiss (Doc. 94).

**IT IS ORDERED:**

1.    This case is **dismissed with prejudice.**

2.    The clerk is directed to close the file.

**ORDERED** on June 24, 2010.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**