# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

GAMMAL-LEVY, LLC,

    Plaintiff,

vs.                              CASE NO. 5:09-cv-334/RS/MD

COASTAL COMMUNITY BANK, et al.,

    Defendants.

_____/

## ORDER

My Order (Doc. 95) is withdrawn. Before me is the Joint Stipulation to Dismiss (Doc. 94).

**IT IS ORDERED:**

1. This case is **dismissed with prejudice as to Defendant Yair Alon.**

2. The clerk is directed to drop Defendant Alon from the case.

**ORDERED** on June 24, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**